JS-6

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE PANKOW, ARTHUR COHEN, BRUCE JAMES CANNON, MICHAEL HICKEY, and JOHN DEROSA, on behalf of themselves and all others similarly situated, and E.G.P., a minor, by and through her *Guardian ad Litem* ANDREW PANKOW, individually<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GENERAL MOTORS LLC; and Does 1 through 5, inclusive,<br><br>　　　　　　　　Defendants. | Case No.  5:20-cv-2479-JGB (KKx)<br><br>**ORDER GRANTING STIPULATION TO TRANSFER**<br><br>Courtroom 1 |

## ORDER

For the reasons set forth in the Stipulation to Transfer Venue jointly submitted by the Parties, this case is hereby TRANSFERRED to the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a).  The Motion to Transfer Dkt. No. 17 is deem Moot.
**IT IS SO ORDERED.**

Date:  May 11, 2021

Honorable Jesus G. Bernal United States District Court Judge