

# United States District Court
### Central District of California
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

May 12, 2021

**To:** Clerk, United States District Court
Eastern District of Michigan

**Re:** Transfer of our Civil Case No. EDCV20-2479 JGB(KKx)
Case Title: Michelle Pankow et al v. General Motors, LLC

☐ MDL    In Re:
☐ Capital Habeas Corpus Petition

Dear Sir/Madam:

An order having been made ☑ transferring ☐ remanding the above-listed case to your district, we are transmitting herewith our file:

☐ Original case file documents are enclosed in paper format.
☑ Electronic documents are accessible through PACER.
☐ Other:

Very truly yours,

Clerk, U.S. District Court

Date: May 12, 2021    By: Trina_debose@cacd.uscourts.gov
Deputy Clerk

cc: All counsel of record
(and, if a Capital Habeas Corpus case: the California Attorney General)

---

### TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e-mail to the address indicated below and provide the case number assigned in your district:**

☐ CivilIntakecourtdocs-LA@cacd.uscourts.gov  (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov  (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov  (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____    By: _____
Deputy Clerk